STATE OF MAINE                                          SUPERIOR COURT
PENOBSCOT, SS.                                    LOCATION: BANGOR, MAINE
                                            CIVIL ACTION, DOCKET NO. 11-202

LOUEEN LOVELY, of Dexter,        )
County of Penobscot, State       )
of Maine,                        )
                                 )
         Plaintiff               )
                                 )        **ORDER AND JUDGMENT**
            vs.                  )        **FOR PLAINTIFF**
                                 )
AROL CROCKER d/b/a C.&R.         )
JACKING & GENERAL CARPENTRY,     )
of St. Albans, County of         )
Somerset, State of Maine,        )
                                 )
         Defendant               )


     The Court finds that a default was entered against the

Defendant Arol Crocker, d/b/a C.&R. Jacking & General Carpentry

on July 23, 2012. A damage hearing was held on August 16, 2012.

*Plaintiff + her attorney appeared at the 8-16-12 hearing. Defendant did not appear on 8-16-12. The Court accepts Plaintiff's testimony from the damages hearing.* The Plaintiff is awarded monetary damages against the

Defendant in the amount of: $29,200.00; Plaintiff is also

awarded $4,145.22 as attorney's fees and cost pursuant to 5

M.R.S. § 213; in addition, a civil penalty of $ *1,000.*⁰⁰ ~~for~~

pursuant to 10 M.R.S. § 1490(2) is ordered against Defendant for

the benefit of the Plaintiff. An execution shall issue upon

request for said amounts.

     The Clerk is specifically directed pursuant to M.R.Civ.P.

79(a) to enter this Judgment on the civil docket by a notation

incorporating it by reference.

Dated: 8/16/12                    _____
                                  Justice, Superior Court

Attorney for: LOUEEN LOVELY
MARVIN GLAZIER  - RETAINED
VAFIADES BROUNTAS & KOMINSKY
23 WATER STREET SUITE 300
PO BOX 919
BANGOR ME 04402-0919

Attorney for: LOUEEN LOVELY
SETH HARROW  - RETAINED
VAFIADES BROUNTAS & KOMINSKY
23 WATER STREET SUITE 300
PO BOX 919
BANGOR ME 04402-0919

vs
AROL CROCKER DBA C&R JACKING AND  - DEFENDANT

Attorney for: AROL CROCKER DBA C&R JACKING AND
WILLIAM P LOGAN  - WITHDRAWN
IRWIN, TARDY & MORRIS, PA
159 MAIN STREET
PO BOX 476
NEWPORT ME 04953

SUPERIOR COURT
PENOBSCOT, ss.
Docket No  BANSC-CV-2011-00202

**DOCKET RECORD**

Filing Document: COMPLAINT        Minor Case Type: CONTRACT
Filing Date: 12/02/2011

## Docket Events:

12/08/2011 FILING DOCUMENT - COMPLAINT FILED ON 12/02/2011

12/08/2011 Party(s):  LOUEEN LOVELY
          ATTORNEY - RETAINED ENTERED ON 12/02/2011
          Plaintiff's Attorney: MARVIN GLAZIER

12/08/2011 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 12/02/2011

12/21/2011 Party(s):  AROL CROCKER DBA C&R JACKING AND
          SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 12/07/2011
          ON DEFENDANT

12/21/2011 Party(s):  AROL CROCKER DBA C&R JACKING AND
          SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 12/14/2011
          Plaintiff's Attorney:  MARVIN GLAZIER

12/29/2011 Party(s):  AROL CROCKER DBA C&R JACKING AND
          RESPONSIVE PLEADING - ANSWER FILED ON 12/28/2011
          BY DEFENDANT.

12/29/2011 Party(s):  AROL CROCKER DBA C&R JACKING AND
          ATTORNEY - RETAINED ENTERED ON 12/28/2011

Defendant's Attorney: WILLIAM P LOGAN

01/04/2012 NOTE - OTHER CASE NOTE ENTERED ON 01/04/2012
COPY OF COMPLAINT FORWARDED TO

01/07/2012 Party(s): LOUEEN LOVELY
MOTION - AFFID & REQUEST DEFAULT/JUDG FILED ON 12/28/2011
Plaintiff's Attorney: MARVIN GLAZIER

01/07/2012 Party(s): LOUEEN LOVELY
MOTION - AFFID & REQUEST DEFAULT/JUDG MOOT ON 01/05/2012
WILLIAM R ANDERSON , JUSTICE
(ANSWER FILED SAME DAY)

01/27/2012 ORDER - SCHEDULING ORDER ENTERED ON 01/20/2012
ANN  MURRAY , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
PARTIES/COUNSEL
                                        COPY TO ATTY M GLAZIER; ATTY W LOGAN 1-
27-12

01/27/2012 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 10/01/2012

01/27/2012 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 01/20/2012
ANN  MURRAY , JUSTICE

02/09/2012 Party(s): AROL CROCKER DBA C&R JACKING AND
MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED ON 02/03/2012
Defendant's Attorney: WILLIAM P LOGAN
UNOPPOSED MOTION TO WITHDRAW

02/09/2012 Party(s): AROL CROCKER DBA C&R JACKING AND
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 02/09/2012
ANN  MURRAY , JUSTICE

02/09/2012 Party(s): AROL CROCKER DBA C&R JACKING AND
ORDER - ORDER ON MOTION TO WITHDRAW ENTERED ON 02/09/2012
ANN  MURRAY , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  UPON COMPLIANCE
WITH THIS ORDER, WILLIAM LOGAN AND HIS LAW FIRM SHALL BE RELIEVED OF FURTHER OBLIGATION TO
THE COURT ON BEHALF OF THE CLIENT AROL CROCKER IN THIS MATTER.
                        2-9-12 COPY SENT TO ATTY GLAZIER, ATTY LOGAN AND DEFENDANT AROL
CROCKER

02/09/2012 Party(s): AROL CROCKER DBA C&R JACKING AND
ATTORNEY - WITHDRAWN ORDERED ON 02/09/2012
Defendant's Attorney: WILLIAM P LOGAN

02/21/2012 Party(s): AROL CROCKER DBA C&R JACKING AND
LETTER - FROM PARTY FILED ON 02/15/2012
Defendant's Attorney: WILLIAM P LOGAN
LETTER CONFIRMING COPY OF ORDER ON MOTION TO WITHDRAW SENT TO DEFENDANT BY USPS, POSTAGE
PREPAID ON 2-13-12 TO THE DEFENDANT'S LAST KNOWN ADDRESS OF  PO BOX 354, ST. ALBANS,

MAINE.

02/24/2012 Party(s):  AROL CROCKER DBA C&R JACKING AND
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 02/21/2012
BY DEFENDANT: REQUESTING FURTHER TIME TO OBTAIN ATTORNEY
                                                     2-24-12 COPY FORWARDED TO ATTY
GLAZIER

03/02/2012 Party(s):  LOUEEN LOVELY
OTHER FILING - OPPOSING MEMORANDUM FILED ON 02/28/2012
Plaintiff's Attorney:  SETH HARROW
PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR ADDITIONAL TIME TO OBTAIN COUNSEL

03/02/2012 Party(s):  LOUEEN LOVELY
ATTORNEY - RETAINED ENTERED ON 02/28/2012
Plaintiff's Attorney: SETH HARROW

03/02/2012 CASE STATUS - CASE FILE LOCATION ON 03/02/2012
WITH JUDGE MURRAY - PENDING MOTION

03/06/2012 Party(s):  LOUEEN LOVELY
DISCOVERY FILING - RULE 26(G) LETTER FILED ON 03/06/2012
Plaintiff's Attorney:  SETH HARROW

03/06/2012 CASE STATUS - CASE FILE RETURNED ON 03/04/2012

03/06/2012 Party(s):  AROL CROCKER DBA C&R JACKING AND
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 03/04/2012
ANN  MURRAY , JUSTICE
COPIES TO PARTIES/COUNSEL
                                                     DEFENDANT SHALL HAVE UNTIL 4-
15-12 TO SECURE REPRESENTATION BY AN ATTORNEY. THE DISCOVERY DEADLINE REMAINS 9-20-12.
PLAINTIFF HAS UNTIL 6-15-12 TO DESIGNATE EXPERTS. DEFENDANT HAS UNTIL 7-15-12 TO DESIGNATE
EXPERTS. ALL OTHER DEADLINES IN THE 1-20-12 SCHEDULING ORDER REMAINS AS SET.

03/09/2012 ORDER - COURT ORDER ENTERED ON 03/08/2012
ANN  MURRAY , JUSTICE
NO ACTION WILL BE TAKEN ON THIS MOTION UNTIL 4/20/12.                          COPIES TO
PARTIES/COUNSEL

03/10/2012 ORDER - COURT ORDER ENTERED ON 03/04/2012
ANN  MURRAY , JUSTICE
DEFENDANT SHALL HAVE UNTIL 4/15/12 TO SECURE REPRESENTATION BY AN ATTORNEY. THE DISCOVERY
DEADLINE REMAINS 9/20/12. PLAINTIFF HAS UNTIL 6/15/12 TO DESIGNATE EXPERTS. DEFENDANT HAS
UNTIL 7/15/12 TO DESIGNATE EXPERTS. ALL OTHER DEADLINES IN THE 1/20/12 SCHEDULING ORDER
REMAIN AS SET.
                    COPY TO ATTY HARROW AND PRO SE DEFENDANTS

04/13/2012 Party(s):  LOUEEN LOVELY
LETTER - FROM PARTY FILED ON 03/19/2012
Plaintiff's Attorney:  SETH HARROW
FILED WITH SUPERIOR COURT CHAMBERS                                        4-6-12 PER
JUSTICE ANN MURRAY - THIS MATTER WILL BE SET FOR AN IN-PERSON STATUS CONFERENCE. CLERK TO

SET AND NOTIFY

04/13/2012 HEARING - PRETRIAL/STATUS SCHEDULED FOR 05/09/2012 at 08:30 a.m.

04/13/2012 HEARING - PRETRIAL/STATUS NOTICE SENT ON 04/13/2012
        SENT TO ATTY HARROW AND DEFENDANT

04/20/2012 Party(s): LOUEEN LOVELY
        MOTION - MOTION FOR SANCTIONS FILED ON 04/19/2012
        Plaintiff's Attorney: SETH HARROW
        MOTION FOR SANCTIONS AGAINST DEFENDANT

05/16/2012 HEARING - PRETRIAL/STATUS HELD ON 05/09/2012
        Plaintiff's Attorney: SETH HARROW
        AND DEFENDANT APPEARED PRO SE

05/16/2012 ORDER - COURT ORDER ENTERED ON 05/09/2012
        ANN  MURRAY , JUSTICE
        COURT FINDINGS OR RULINGS: THE ENTRY WILL BE: 1. MR. PIERSON HAS BEEN SELECTED AS THE
        MEDIATOR. MR. HARROW WILL CONTACT MR. PIERSON AND ASK FOR JULY, 2012 ADR DATES AND
        COMMUNICATE THOSE DATES TO THE DEFENDANT. DEFENDANT SHALL RESPOND TO MR. HARROW ABOUT THE
        DATE WITHIN 5 DAYS; MR. CROCKER SHALL BE PREPARED TO PAY 1/2 OF THE MR. PIERSON'S FEE; 2.
        DEFENDANT TO RESPOND TO THE REQUEST FOR PRODUCTION OF DOCUMENTS #1,2 & 14 AND
        INTERROGATORIES 9,10,16 AND 17 WITHIN 15 DAYS AND SHALL RESPOND TO THE  REMAINING PRD AND
        INTERROGATORIES BY JULY 6,2012 3. DEFENDANT INDICATES HE WILL BE HIRING AN ATTORNREY
        WITHIN APPROXIMATELY 5 WEEKS. 4. CLERK TO SET THE MOTION FOR SANCTIONS IN AUGUST 2012.
                                    5-16-12 COPY SENT TO ATTY HARROW AND DEFENDANT

06/11/2012 Party(s): LOUEEN LOVELY
        DISCOVERY FILING - RULE 26(G) LETTER FILED ON 06/06/2012
        Plaintiff's Attorney: SETH HARROW

06/13/2012 HEARING - 26(G) CONFERENCE SCHEDULED FOR 06/29/2012 at 08:00 a.m.

06/13/2012 HEARING - 26(G) CONFERENCE NOTICE SENT ON 06/13/2012
        SENT TO ATTY HARROW AND DEFENDANT

07/09/2012 HEARING - 26(G) CONFERENCE HELD ON 06/29/2012
        ANN  MURRAY , JUSTICE

07/09/2012 ORDER - 26(G) ORDER ENTERED ON 06/29/2012
        ANN  MURRAY , JUSTICE
        COURT FINDINGS OR RULINGS: THE ENTRY WILL BE: DEFENDANT SHALL DO ALL OF THE FOLLOWING OR A
        DEFAULT SHALL ENTER AGAINST HIM: 1. ANSWER INTERROGATORIES 1,2 & 14 AND PRODUCE DOCUMENTS
        IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS 9,10,16 & 17 NO LATER THAN 7/20/12; 2.
        RESPOND TO ALL REMAINING INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS BY
        7/27/12; 3. ATTEND  MEDIATION WITH PAUL PIERSON AT 23 WATER ST., BANGOR ON 7/30/12 AT 9:00
        AM - PAY 1/2 OF MEDIATION FEE.   (CONT.)  7-9-12 COPY SENT TO ATTY HARROW AND DEFENDANT

07/09/2012 CASE STATUS - CASE FILE LOCATION ON 07/09/2012
        ANN  MURRAY , JUSTICE
        PENDING MOTION FOR SANTIONS

07/23/2012 CASE STATUS - CASE FILE RETURNED ON 07/23/2012

07/23/2012 ORDER - COURT ORDER ENTERED ON 07/23/2012
ANN MURRAY , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. COPIES TO
PARTIES/COUNSEL THE CLERK SHALL ENTER THIS DEFAULT AGAINST THE DEFENDANT UPON THE DOCKET
BY REFERENCE. COPY TO DEFENDANT ON 7/25/12

07/26/2012 Party(s): LOUEEN LOVELY
OTHER FILING - REQUEST FOR HEARING FILED ON 07/24/2012
BY PLAINTIFF: HEARING ON DAMAGES, TESTIMONIAL, 1 HOUR.

07/30/2012 Party(s): AROL CROCKER DBA C&R JACKING AND
ORDER - DEFAULT ENTERED ON 07/23/2012
ANN MURRAY , JUSTICE

08/01/2012 HEARING - HEARING ON DAMAGES SCHEDULED FOR 08/16/2012 at 02:15 p.m.

08/01/2012 HEARING - HEARING ON DAMAGES NOTICE SENT ON 08/01/2012
SENT TO ATTY HARROW AND DEFENDANT

08/21/2012 HEARING - HEARING ON DAMAGES HELD ON 08/16/2012
ANN MURRAY , JUSTICE
Plaintiff's Attorney: SETH HARROW
COURTROOM CLERK - KAREN SMITH. ELECTRONICALLY RECORDED TAPE #6516 (INDEX # 5922-6032) AND
TAPE #6517 (INDEX # 100-584) - DEFENDANT FAILED TO APPEAR

08/21/2012 FINDING - JUDGMENT DETERMINATION ENTERED ON 08/16/2012 at 08:59 a.m.
ANN MURRAY , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. 8-21-12 COPY
SENT TO ATTY HARROW AND DEFENDANT

ORDER - DEFAULT JUDGMENT ENTERED ON 08/16/2012 at 08:59 a.m.
ANN MURRAY , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. 8-21-12 COPY
SENT TO ATTY HARROW AND DEFENDANT                    8-21-12 COPY SENT TO OFFICE
OF ATTORNEY GENERAL              8-21-12 COPY SENT TO MS. DEBORAH FIRESTONE,
MAINE LAWYER'S REFERRAL; THE DONALD GARBRECHT LAW LIBRARY AND GOSS DATA SERVICES, INC
Judgment entered for LOUEEN LOVELY and against AROL CROCKER DBA C&R JACKING AND in the amount
of $29200.00, Attorney fee of $4145.22. PLAINTIFF AND HER ATTORNEY APPEARED AT THE 8-16-12
HEARING. DEFENDANT DID NOT APPEAR ON 8-16-12. THE COURT ACCEPTS PLAINTIFF'S TESTIMONY FROM THE
DAMAGES HEARING. PLAINTIFF IS AWARDED MONETARY DAMAGES AGAINST THE DEFENDANT IN THE AMOUNT OF:
$29,200.00; PLAINTIFF IS ALSO AWARDED $4145.22 AS ATTORNEYS FEES AND COSTS PURSUANT TO 5 M.R.S.
SEC. 213; IN ADDITION A CIVIL PENALTY OF $1000. PURSUANT TO 10 M.R.S. SEC. 1490(2) IS ORDERED
AGAINST DEFENDANT FOR THE BENEFIT OF THE PLAINTIFF. AN EXECUTION SHALL ISSUE UPON REQUEST FOR
SAID AMOUNTS.

08/21/2012 FINDING - FINAL JUDGMENT CASE CLOSED ON 08/21/2012

08/21/2012 Party(s): LOUEEN LOVELY
MOTION - MOTION FOR SANCTIONS MOOT ON 08/21/2012
ANN MURRAY , JUSTICE